No. 174. W. E. STEWART *v.* E. G. McALLISTER ET AL. Error to the Court of Civil Appeals, Fourth Supreme Judicial District, of the State of Texas. Argued January 24, 1921. Decided January 31, 1921. *Per Curiam.* Dismissed for want of jurisdiction: (1) Act of September 6, 1916, c. 448, 39 Stat. 726. (2) *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580,

583; *United Surety Co.* v. *American Fruit Co.,* 238 U. S. 140, 142; *Sugarman* v. *United States,* 249 U. S. 182, 184; *Berkman* v. *United States,* 250 U. S. 114, 118; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193. *Mr. Don A. Bliss,* with whom *Mr. T. T. Vanderhœven* and *Mr. Benjamin A. Greathouse* were on the brief, for plaintiff in error. *Mr. J. C. George,* for defendants in error, submitted.